UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Flava Works, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:11-cv-05100 |
| | ) | |
| | ) | |
| v. | ) | SECOND AMENDED COMPLAINT |
| | ) | |
| Anton Bonic, Cormelian Brown, | ) | |
| Frank Ejikeme, Kywan Fisher, | ) | |
| Lloyd Johnson, Raymond Levy, | ) | |
| Steven Lopez, Gregory Nance, | ) | |
| Anwar Ogiste, , Keith Pope, | ) | |
| Latavius Robinson, Frank Rossi, | ) | |
| Raymond Smith, Andrew Clavio, | ) | |
| Gregory Terry, | ) | 12CV5084 |
| | ) | JUDGE John F. Grady |
| Defendants. | ) | MAG. JUDGE Michael T. Mason |

**FILED**
7/27/2011
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## SECOND AMENDED COMPLAINT

Plaintiff, Flava Works, Inc. (hereinafter "Plaintiff" or "Flava Works"), and for its Second Amended Complaint against the Defendants, Anton Bonic, Cormelian Brown, Frank Ejikeme, Kywan Fisher, Lloyd Johnson, Raymond Levy, Steven Lopez, Gregory Nance, Anwar Ogiste, Keith Pope, Latavius Robinson, Frank Rossi, Raymond Smith, , Gregory Terry, Andrew Clavio, states as follows:

### NATURE OF THE ACTION

1.     This is an action for copyright infringement pursuant to the Copyright Act, 17 U.S.C. § 101 *et seq.*; for trademark infringement pursuant to the Lanham Act, 15 U.S.C. § 1051 *et seq.*, as amended. Plaintiff brings this action to stop Defendants from infringing, promoting, encouraging, enabling and facilitating the infringement of Plaintiff's copyrights (collectively "Flava Works' Intellectual Property") on the Internet.

2. Plaintiffs bring this action to stop Defendants from continuing to encourage, enable and contribute to the infringement of Plaintiffs copyrights on the Internet. Defendants joined Flava Works' paid membership-only websites, agreed to Flava Works' terms and services, downloaded copyrighted videos owned by Flava Works, and copied and distributed the aforesaid copyrighted videos in violation of the agreed to terms and services.

## THE PARTIES

3. Plaintiff is incorporated under the laws of the State of Florida with its principal place of business at 2610 N. Miami Ave., Miami, Florida 33127 and in Chicago, Illinois at 933 W. Irving Park Rd., Ste. C, Chicago, Illinois 60613.

4. On information and belief, Defendants, Anton Bonic resides in Fiorenzuola, Italy; Cormelian Brown resides in Newark, Delaware; Frank Ejikeme resides in Atlanta, Georgia; Kywan Fisher resides in Hampton, Virginia; Lloyd Johnson resides in West Hartford, Connecticut; Raymond Levy resides in Byram Mississippi; Steven Lopez resides in Bronx, New York; Gregory Nance resides in Atlanta, Georgia; Anwar Ogiste resides in Upper Marlboro, Maryland; Keith Pope resides in Laurel, Maryland; Latavius Robinson resides in Quinc, Florida; Frank Rossi resides in New York, New York; Raymond Smith resides in Dallas, Texas; Gregory Terry resides in Jacksonville, Florida; Andrew Clavio, resides in Ashburn, Virginia.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, § 1338 and § 1367; pursuant to the Copyright Act, 17 U.S.C. § 101 *et seq.*.

6. On information and belief, Defendants actively target the Illinois

market and consumers.

7.     This Court has jurisdiction over Defendants, because Defendants are subject to personal jurisdiction in the State of Illinois under the Illinois Long Arm Statute.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, in this district.

## FACTS

### PLAINTIFF FLAVA WORKS, INC.

9.     Plaintiff is a corporation that produces adult entertainment in the form of DVDs, magazines, websites, pictures, streaming video and various other media.

10.     Plaintiff distributes its adult entertainment through various distributors and licensees, as well as through its websites: www.FlavaMen.com, www.CocoDorm.com, www.CocoStore.com, www.PapiCock.com, and www.ThugBoy.com, among others.

11.     Plaintiff has applied for and has registered various copyrights for its works. See attached Exhibit "A".

12.     Plaintiff is recognized nationally and internationally as a leader in the field of production and distribution of adult entertainment due, in large part, to the goodwill and name recognition associated with its trademarks, as well as the high quality content that is associated with its copyrighted material.

13.     At all relevant times, Defendants join as paid members of Flava Works websites (either or CocoDorm.com, Thugboy.com, PapiCock.com, MixItUpBoy.com or RawRods.com) .

14. Defendants agreed to the terms and conditions of the site and agreed that Defendants would not copy and distribute copyrighted videos of Flava Works. Copies of Flava Works' terms and conditions are attached as Group Exhibit "B".

15. Notwithstanding the aforesaid agreements, Defendants downloaded copyrighted videos of Flava Works as part of their paid memberships and, in violation of the terms and conditions of the paid sites, and posted and distributed the aforesaid videos on other websites, including websites with peer to peer sharing and torrents technology.

16. As a result of Defendants' conduct, third parties were able to download the copyrighted videos, without permission of Flava Works.

## COUNT I

### (Direct Copyright Infringement as to all Defendants – 17 U.S.C. § 501.)

1-16. Plaintiff incorporates and re-alleges paragraphs 1-16 of this Complaint as paragraphs 1-16 of Count I.

17. Defendants' conduct interferes with Plaintiff's exclusive right to reproduce, distribute and display the copyrighted works.

18. Defendants' conduct constitutes copyright infringement that this Court may remedy under Sections 106 and 501 of the Copyright Act.

19. Defendants' aforesaid activities constitute infringement of Plaintiff's copyrights.

20. As a result of the injury suffered by Plaintiff's business from Defendants' actions of direct copyright infringement, Plaintiff is entitled to recover actual and/or statutory damages,

which shall be determined at trial, and costs of this action, including reasonable attorney's fees, as well as injunctive relief to prevent future infringement.

## COUNT II

**(Contributory Copyright Infringement.)**

1-16.    Plaintiff incorporates and re-alleges paragraphs 16 of this Complaint as paragraphs 1-16 of Count II.

17.    On information and belief, Defendants aided, abetted, allowed, encouraged and otherwise materially contributed to the infringement of Flava Works' Intellectual Property by copying, posting, and/or distributing Flava Works' copyrighted videos without permission.

18.    On information and belief, Defendants had actual or constructive knowledge of or was willfully ignorant of the infringing activity and had the obligation and ability to control and stop the infringing activity, yet failed to do so.

19.    Defendants' conduct constitutes contributory copyright infringement that this Court may remedy under Sections 106 and 501 of the Copyright Act.

20.    As a result of the injury suffered by Plaintiff's business from Defendants' actions of contributory copyright infringement, Plaintiff is entitled to recover actual and/or statutory damages, which shall be determined at trial, and costs of this action, including reasonable attorney's fees, as well as injunctive relief to prevent future infringement.

## COUNT III

**(Vicarious Copyright Infringement.)**

1-16.   Plaintiff incorporates and re-alleges paragraphs 1-16 of this Complaint as paragraphs 1-16 of Count III.

17.   On information and belief, Defendants had actual or constructive knowledge of or was willfully ignorant of the infringing activity and had the obligation and ability to control and stop the infringing activity, yet failed to do so.

18.   As a result of the injury suffered by Plaintiff's business from Defendants' actions of vicarious copyright infringement, Plaintiff is entitled to recover actual and/or statutory damages, which shall be determined at trial, and costs of this action, including reasonable attorney's fees, as well as injunctive relief to prevent future infringement.


## Count IV

### (Inducement of Copyright Infringement.)

1-16.   Plaintiff incorporates and re-alleges paragraphs 1-16 of this Complaint as paragraphs 1-16 of Count IV.

17.   On information and belief, Defendants had actual or constructive knowledge of or was willfully ignorant of the infringing activity and had the obligation and ability to control and stop the infringing activity, yet failed to do so.

18.   Defendants' conduct constitutes inducement copyright infringement that this Court may remedy under Sections 106 and 501 of the Copyright Act.

19.   As a result of the injury suffered by Plaintiff's business from Defendants' actions of inducement of copyright infringement, Plaintiff is entitled to recover actual and/or statutory damages, which shall be determined at trial, and costs of this action, including reasonable attorney's fees, as well as injunctive relief to prevent future infringement.

**WHEREFORE** Plaintiff, Flava Works, Inc. respectfully requests that this Honorable Court enter the following:

1.     A judgment in its favor of Plaintiff, Flava Works, Inc. and against the Defendants.

2.     For a temporary restraining order, preliminary injunction, and permanent injunction against Defendants and their aliases, his agents, servants, representatives, employees, attorneys, parents, subsidiaries, related companies, partners, successors, predecessors, assigns, and all persons acting for, with, by, through, or under Defendants and each of them during the pendency of this action as preliminary injunction and permanently thereafter from:

a.     Restraining and enjoining Defendants from posting on any website(s) material that infringes Flava Works' Intellectual Property, as well as from facilitating the posting on any website(s) by third parties infringing material and/or links which enable the easy access to Flava Works' Intellectual Property that is located on third party websites;

b.     Restraining and enjoining Defendants from otherwise distributing, reproducing, using, copying, streaming, making available for download, or otherwise exploiting Flava Works' Intellectual Property, including Plaintiff's copyrighted works, trademarks, trade dress, or any other product or symbol with the indicia of Plaintiff's ownership, through use of their website(s) or otherwise;

c.     Restraining and enjoining Defendants from doing any other act, through any website(s) or otherwise, which shall confuse, deceive, cause mistake, etc.

among the relevant trade and general public as to the association, sponsorship and/or approval between Plaintiff and any website(s);

d.     Restraining and enjoining Defendants from otherwise using, copying or otherwise exploiting Plaintiff's copyrights and copyrighted works;

e.     Restraining and enjoining Defendants from otherwise using, disclosing. converting, appropriating. retaining. selling, transferring or copying any property of Plaintiffs;

3.     Requiring Defendants to submit to the Court and to serve upon Plaintiff a report, written under oath, setting forth in detail the manner and form in which Defendant has complied with the terms of this injunction;

4.     Disgorging Defendants of any profits they may have made as a result of his or her infringement of Flava Works' Intellectual Property;

5.     Awarding Plaintiff the actual damages sustained by Plaintiff as a result of Defendants' infringement of Flava Works' Intellectual Property, the amount of which is to be determined at trial;

6.     Awarding Plaintiff compensatory and punitive damages, as deemed just and proper by this Court, as a result of the willful misconduct on the part of the Defendants;

7.     Awarding Plaintiff the costs of this action, together with reasonable attorney's fees;

8.     In the alternative, awarding Plaintiff statutory damages pursuant to the Copyright Act and the Lanham Act;

9.    In the alternative, awarding Plaintiff enhanced statutory damages, pursuant to 15

U.S.C. § 504(c)(2) of the Copyright Act, for Defendants' willful infringement of

Plaintiff's copyrighted works;

10.   Requiring within ten (10) days after the entry of an order for either preliminary or

permanent injunction, Defendants be required to turn over any files containing

Plaintiff's Intellectual Property;

11.   Requiring Defendants to deliver up for destruction all of Plaintiff's Intellectual
Property.

12.   Awarding trebled damages for Defendants' infringement of Plaintiff's copyrights.

13.   Awarding punitive damages.

14.   Awarding any such other and further relief as this Court deems just, reasonable

and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues properly triable by jury in this action,

pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED:                                        Respectfully Submitted,

October 12, 2011                              /s/ Meanith Huon

                                              Meanith Huon

Flava Works, Inc.
933 W. Irving Pk. Rd., Ste. C
Chicago, IL 60613

PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996


## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2011, I caused to be served a true and
correct copy of the foregoing **PLAINTIFF'S SECOND AMENDED COMPLAINT** by
causing copies of same to be served electronically on all counsel of record who have appeared in
this case.

/s/Meanith Huon_____
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996

# FlavaWorks

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✪ www.FlavaWorks.com ✪ 305-438-9450 ✪ FAX: 305-438-9470 ✪ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

August 15, 2011

Michael W. Dobbins
Clerk
U.S. District Court of Illinois – Eastern Division
United State Courthouse
219 S. Dearborn Street Room 1010
Chicago, IL 60604

Re:     Flava Works, Inc. v. Bonic, et. al.
        No. 11-cv-05100

Dear Sirs:

I am one of the attorneys for Flava Works, Inc.

In response to your request for additional information, please be advised as follows:

**FLAVA WORKS, INC. IS THE HOLDER OF THE COPYRIGHT**  for all of the following copyrights:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT |
|---|---|
| PA 1-737-150 | December 15, 2010 |
| PA 1-737-155 | December 15, 2010 |
| VA 1-760-400 | January 1, 2010 |
| PA 1-737-154 | December 15, 2010 |
| PA 1-737-157 | December 15, 2010 |
| PA 1-737-156 | December 15, 2010 |
| PA 1-736-926 | December 15, 2010 |
| PA 1-737-152 | December 15, 2010 |
| PA 1-737-151 | December 15, 2010 |
| PA 1-737-149 | December 15, 2010 |
| PA 1-737-150 | February 7, 2011 |
| PA 1-737-155 | February 7, 2011 |
| TX 7-145-771 | April 26, 2010 |
| TX 7-145-774 | April 26, 2010 |
| TX 7-180-442 | May 11, 2010 |
| TX 7-220-991 | August 4, 2010 |



**FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ☼ www.FlavaWorks.com ☼ 305-438-9450 ☼ FAX: 305-438-9470 ☼ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

**FLAVA WORKS, INC. IS THE HOLDER OF THE COPYRIGHT** for all of the following copyrights:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT |
|---|---|
| VA 1-760-400 | February 7, 2011 |
| PA 1-737-154 | February 7, 2011 |
| PA 1-691-638 | April 26, 2010 |
| PA 1-737-156 | February 7, 2011 |
| PA 1-691-644 | May 11, 2010 |
| PA 1-736-926 | February 7, 2011 |
| PA 1-691-631 | April 26, 2010 |
| PA 1-737-152 | February 7, 2011 |
| PA 1-737-151 | February 7, 2011 |
| PA 1-737-149 | February 7, 2011 |

Investigation continues.

In addition, **FLAVA WORKS, INC. IS THE HOLDER OF THE COPYRIGHT** for all of the following copyrights for which there are applications pending for copyrights with the U.S. Copyright Office:

Mixxxed Nuts #3: Almond Joy
Raw Rods #8: Flood That Booty
Big Black Dick
Star Struck!
Dominant Raw Tops
Thugboy V11 - Running from the Dick
Mixxxed Nuts #4: Nuts by the Pound
Raw Rods #9: Heavy on the cream
Miami Uncut #3, Tropical Dicks, PapiCock Presents
RawRods.com 2010

Investigation continues.

If you have additional questions, please contact me at 312-405-2789.

**FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✪ www.FlavaWorks.com ✪ 305-438-9450 ✪ FAX: 305-438-9470 ✪ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

Very truly yours,

/s/ Meanith Huon

## PROOF OF SERVICE

Under penalties of law, I certify that on or before August 15, 2011, I served the following documents or items:

Plaintiff's Response to the Clerk of Court's request for copyright information

by electronically serving all counsel of record who have appeared and mailing a copy of this letter to the Clerk

of Court via US mail, postage prepaid.

Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996

**FLAVAWORKS ACCEPTABLE USE POLICY**

This Flava Works Acceptable Use Policy, in conjunction with the Terms and Conditions, Privacy Policy and other terms and conditions of use which are incorporated herein by reference and may be posted and applicable to specific services, governs your use of the Flava Works website and are collectively referred to as the "Agreement."

Flava Works may modify the Agreement which will become effective immediately upon posting on the website. Your continued use of the website and any associated services, the "Services," indicates your acceptance of the Agreement. If you are dissatisfied with anything related to the Flava Works website, your sole remedy is to discontinue use of the Services. You use the Services of Flava Works at your own risk.

You agree while using Flava Works Services, that you may not:
Use the Services for any illegal purpose;

Use any robot, spider, site search and/or retrieval application, or other device to retrieve or index any portion of the Services, with the exception of public search engines;

Transmit any viruses, worms, defects, Trojan horses or other items of a contaminating or destructive nature;

Upload any Content that includes code hidden or otherwise contained within the Content which is unrelated to the Content;

Reformat or frame any portion of any web page that is part of the Services without the express permission of Flava Works;

Collect or harvest any personal identifiable information or solicit users;

Impersonate another person, whether real or fictional;

Permit any third parties to use your name and password;

Violate or attempt to violate Flava Works systems or interfere with the normal use of the Services by users;

Resale Flava Works' products and Services;

Post Content containing restricted or password only files;

Post advertisements or solicitations of business;

Transmit any form of solicitation or Spam;

Submit any Content that falsely implies sponsorship of the Content by the Services, falsify or delete any author attribution in any Content, or promote any information that

you know is false or misleading;

Promote an illegal or unauthorized copy of another person's copyrighted work;

Submit Content that is libelous, defamatory, obscene, pornographic, abusive, harassing, threatening, unlawful or promotes or encourages illegal activity;

Submit Content that violates the rights of others, such as Content that infringes any copyright, trademark, patent, trade secret or violates any right of privacy or publicity, or that is libelous or defamatory, or that directs any user to the content of a third party without consent of the third party;

Defame or libel any person; invade any person's right of privacy or publicity or otherwise violate, misappropriate or infringe the rights of any person;

Export or re-export Content in violation of the export or import laws of the United States or without all required approvals, licenses and exemptions;

Post any links to any external Internet sites that are obscene or pornographic, or display pornographic or sexually explicit material of any kind.

No failure in delay in exercising or enforcing this policy shall constitute a waiver of the policy or any other right or remedy. If any provision of this policy is deemed unenforceable due to law or change in law, such a provision shall be disregarded and the balance of the policy shall remain in effect.

Please e-mail reports of any AUP violations to support@flavaworks.com.

**FLAVA WORKS LEGAL NOTICES**
Effective as of June 2, 2010 (the "Effective Date")

   A. Applicable Sites
     These Legal Notices apply to Flava Works, Inc. and FlavaWorks.com
     (collectively, referred to herein as "Flava Works," "we" or "us") family of
     websites (the "Sites"). These include thugboy.com; cocodorm.com; and any other
     websites at which these Legal Notices appear. They do not apply to other online
     or offline Flava Works websites, products or services.

   B. Copyright Notice
     Copyright © Flava Works. All rights reserved. All materials found on any of the
     Sites are protected by United States and international copyright laws and treaty
     provisions and may not be reproduced, copied, edited, published, transmitted,
     uploaded, distributed, publicly performed or otherwise used in any manner,
     except with the prior express permission of Flava Works.

   C. Trademarks
     FLAVA WORKS, THUGBOY, FLAVA MEN, FLAVA MEN BLATINO
     AWARDS, RAW RODS , COCO STORE, COCO DORM, are trademarks of
     Flava Works, Inc., all pending or registered in U.S. Patent and Trademark Office.

   D. Requesting Reproduction Permissions
     No material found or located on any Flava Works Site may be reproduced or used
     for commercial purposes without the prior written permission of Flava Works Inc.
     You may write or fax Flava Works, Inc. to request permission at the following
     address:

     Flava Works, Inc.
     Attn: Rights & Permissions
     2610 North Miami Ave.
     Miami, Florida 33127-4438
     Fax No.: 305.438.9470

**USER / SUBSCRIBER AGREEMENT**

IMPORTANT! PLEASE READ CAREFULLY

This User Agreement constitutes a legal agreement between you and Flava Works and
spells out the terms and conditions to which users of any Flava Works Site are expected
to adhere. Please read this User Agreement carefully before using any Flava Works Site,
because by signing up for a free membership or a paid subscription or by otherwise using
a Site in any manner, you acknowledge that you have read and understand and agree to
be bound by the terms set forth here, as well as (a) the terms of our Privacy Policy and (b)

any supplemental terms appearing at an applicable Site, all of which are hereby incorporated by reference into this User Agreement (collectively referred to as the "Agreement"). If you do not agree with or do not wish to be bound by all of the terms and conditions of this Agreement, do not subscribe to or use any of the Sites or any portion of the Sites. We reserve the right to amend this Agreement at any time and will post the amended Agreement here.

This Agreement applies to the Flava Works, Inc. and FlavaWorks.com (collectively, referred to herein as "Flava Works," "we" or "us") family of websites (the "Sites"). These include thugboy.com; cocodorm.com; and any other websites at which these Legal Notices appear. It does not apply to other online or offline Flava Works websites, products or services and does not grant you the right to access any premium or paid portion of any website for which you have not paid a subscription fee.

1. **FLAVA WORKS CONTENT AND USER SUBMISSIONS**

    1.1. The contents of the Flava Works Internet Service ("the Service"), including all Sites, are intended for the personal, noncommercial use of its users. All materials published on the Sites (including, but not limited to articles, blog entries, comments, text, photographs, images, illustrations, product descriptions, audio, video, software, trademarks, logos and other materials found on the Sites (collectively, the "Content")) are protected by copyright, trademark and all other applicable intellectual property laws, and are owned or controlled by Flava Works or the party credited as the provider of such Content, software or other materials. You shall abide by copyright or other notices, information and restrictions appearing in conjunction with any Content accessed through the Service.

    1.2. The Service is protected by copyright as a collective work and/or compilation, pursuant to United States copyright laws, international conventions and other applicable intellectual property laws, rules and regulations. Except as may otherwise be set forth in this Section 1, you may not reproduce, modify, adapt, translate, exhibit, publish, transmit, participate in the transfer, rental or sale of, create derivative works from, distribute, perform, display, reverse engineer, decompile or dissemble, or in any way exploit, any of the Content, software, materials, Sites or the Service in whole or in part. You may not use any meta tags or any other "hidden text" utilizing Flava Works' name or trademarks without the express prior written consent of Flava Works.

    1.3. Copying or storing of any Content for any purpose other than your personal, noncommercial use as part of the Service is expressly prohibited without the prior written permission from Flava Works' Rights and Permissions Department, or the copyright holder identified in the individual Content's proprietary rights notices. For purposes of clarification, but not limitation, including any Content (in whole or in part) on your personal website, when it is accessible to any other person, is not a personal use and is not permitted.

    1.4. You agree that any information, feedback, questions, comments and/or submissions to any of the Public Forums (as discussed below) or the like that

you provide to us in connection with any Site or our Service (collectively, "Submissions") will be deemed to have been provided to us on a non-confidential and non-proprietary basis, and you grant Flava Works a nonexclusive, royalty-free, perpetual, irrevocable, and fully sub-licensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Flava Works and sub-licensees the right to use the name that you submit in connection with such content, if they choose. We will have no obligations or liability of any kind to you or any third party with respect to any Submission and shall be free to reproduce, use, disclose, distribute and/or otherwise exploit any Submission for any purpose whatsoever, without limitation. You also agree that we shall be free to use any ideas, concepts or techniques embodied in any Submission for any purpose whatsoever, including, but not limited to, developing, manufacturing, and marketing products or services incorporating such ideas, concepts, or techniques without your approval or compensation to you. You waive any rights you may have in modifications or alterations to your Submissions or in the event that your Submission is changed in a manner not agreeable to you. In addition, you hereby waive all moral rights you may have in any materials uploaded to the Service or sent to us by you.

1.5. All messages transmitted to Flava Works or any of the Sites will be readily accessible to the general public. You should not use any Site to transmit any communication, which you intend only the intended recipient(s) to read. Notice is hereby given that any and all messages uploaded to any of the Sites can and may be read by the operators of this Service, regardless of whether or not the operators are the intended recipients of such messages.

1.6. To enable Flava Works to use the information you supply to us through your Submissions, and so that we are not violating any rights you might have in that information, you agree to grant us a non-exclusive, worldwide, perpetual, irrevocable, royalty-free, sub-licensable (through multiple tiers) right to exercise any copyright, publicity and database rights you have in that information, in any media now known or developed in the future, with respect to your information. However, Flava Works will only use your personal information in accordance with our Privacy Policy.

1.7. If you believe that the content of any Submission provided by you, or any Content appearing on a Site, has been used on a Flava Works Site in a manner that constitutes copyright infringement, please provide our Copyright Agent with a written notice (email is sufficient) that includes the following information: (i) an electronic or physical signature of a person authorized to act on behalf of the owner of the exclusive right that is allegedly infringed; (ii) identification of the copyrighted work claimed to have been infringed; (iii) a description of where the material that you claim is infringing is located on the Site; (iv) your mailing address, telephone number, and e-mail address; (v) a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and (vi) a statement by you, under penalty of perjury, that the information in your

notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Flava Works designated Copyright Agent to receive notifications of claimed infringement is as follows:

Flava Works, Inc.
Attn: Intellectual Property Counsel
2610 North Miami Ave.
Miami, Florida 33127-4438
E-mail: dmca@flavaworks.com
Phone No.: 305.438.9450
Fax No.: 305.438.9470

If you fail to comply with all of the requirements of a DMCA notice, Flava Works may not act upon your notice.

Please be advised that any DMCA Notices sent to Flava Works may be sent to third parties (including the accused) and posted on the internet.

2. **Forums and Discussions**
   2.1. The Sites may make available comments sections, chat rooms, forums, message boards, and/or news groups to its users ("Public Forum(s)"). You shall not upload to, or distribute or otherwise publish through, a Public Forum any content which is illegal, libelous, defamatory, obscene, pornographic, profane, sexually explicit, abusive, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." Please use your best judgment and be respectful of other individuals using the Public Forums. You agree not to use vulgar, abusive or hateful language.
   2.2. You represent and warrant that you own or otherwise control all rights to any content that you post to any Public Forum; that the content is accurate; that use of the content you supply does not violate this Agreement and will not cause injury to any person or entity; and that you will indemnify Flava Works for all claims resulting from content you supply.
   2.3. The Public Forums within the Sites are provided to give our users an interesting and stimulating forum in which they may express opinions and share ideas. Flava Works does not endorse the opinions reflected on these Public Forums. You acknowledge that any Submissions may be reproduced, published, transmitted, edited, removed, modified, used and/or displayed by Flava Works in any manner pursuant to Section 1.4, above.
   2.4. You may only use the Public Forums in a noncommercial manner. You shall not, without the express prior approval of Flava Works, use the Public Forums to distribute or otherwise publish any material containing any

solicitation of funds, advertising or solicitation for goods or services, or to promote websites or online services that are competitive with Flava Works and the Service or otherwise.

2.5. While we do not and cannot review every message posted by users in the Public Forums and are not responsible for the content of any of these messages, Flava Works reserves the right to delete, move or edit messages that we, in our sole discretion, deem are in violation of the law (including trademark and copyright law), or this Agreement, or are abusive, defamatory, obscene or otherwise unacceptable. Flava Works takes no responsibility and assumes no liability for any content posted by you or any third party. You shall remain solely responsible for the content of your messages.

**3. Access and Availability of Links**

3.1. The Sites may contain links to other websites, resources and sponsors of Flava Works. Selection of any banner advertisement or link may redirect you off of a Flava Works Site to a third party website. Interactions and/or transactions that occur between you and any such third party are strictly between you and that third party and are not the responsibility of Flava Works. We are not responsible for examining or evaluating, and do not warrant the offerings of, any of these businesses or individuals or the content of their websites. Flava Works does not assume any liability or responsibility for the actions, product, availability or content of these outside resources. You should direct any concerns regarding any external link to the site administrator or Webmaster of the third party website.

**4.** Registration & Security

4.1. In order to access certain areas of the Sites and to post comments to the Public Forums, you will be required to register and, in the case of members' areas on the Sites, pay for such access. You must agree to abide by all of the terms contained in the Agreement in order to become or remain an authorized subscriber of any of the Sites.

4.2. In order to register and subscribe for a paid membership to one of the Sites, you must indicate agreement with the terms and conditions of this Agreement by checking the "I have read and agree to the membership Terms and Conditions" checkbox on the registration page. You will not be allowed to subscribe to the Sites before clicking that checkbox. Feel free to read and reread this Agreement as often as you want before subscribing to the Sites. If you do not wish to agree to these terms and conditions, do not click the "Trial Membership" button (in the case of free or trial memberships), or the "Click Here to Join" button (in the case of paid subscriptions). You understand, however, that you will not be subscribed for a paid membership to the Sites unless you agree to the terms of this Agreement by clicking on the button as set forth above. Flava Works reserves the right, at its discretion, to change, modify, add or remove portions of this Agreement at any time. Occasionally Flava Works may ask you to accept the terms of such changes to continue using the Sites.

4.3. As part of the registration/subscription process, you will select a password and user name (collectively, a "Site ID"). You agree to provide Flava Works with accurate, complete and updated registration information. Failure to do so will constitute a breach of this Agreement, which may result in immediate termination of your account. You may not (a) select or use a screen name of another person with the intent to impersonate that person; (b) use a name subject to the rights of any person other than yourself without authorization; or (c) use a screen name that Flava Works, in its sole discretion, deems offensive.

4.4. You are solely responsible for maintaining the confidentiality of your Site ID and shall notify Flava Works of any known or suspected unauthorized use(s) of your account, Site ID or any known or suspected breach of security, including loss, theft or unauthorized disclosure of your password or credit card information.

4.5. You are responsible for all usage or activity on your account to any of the Sites. Any fraudulent, abusive or otherwise illegal activity may be grounds for termination of your account at Flava Works' sole discretion, and you may be referred to appropriate law enforcement agencies.

4.6. You must be 18 years or older to subscribe to any of the Sites.

4.7. IF THIS AGREEMENT OR ANY FUTURE CHANGES ARE UNACCEPTABLE TO YOU OR CAUSE YOU TO NO LONGER BE IN COMPLIANCE, YOU MAY CANCEL YOUR PAID SUBSCRIPTION BY REQUESTING AN ORDER CANCELLATION FROM A LINK IN THE SUPPORT SECTION (SEE SECTION 10 REGARDING TERMINATION). YOU MAY CANCEL YOUR TRIAL MEMBERSHIP FROM A LINK IN THE SUPPORT SECTION. YOUR CONTINUED USE OF ANY SITE NOW, OR FOLLOWING THE POSTING OF NOTICE OF ANY CHANGES IN THIS AGREEMENT, WILL CONSTITUTE YOUR BINDING ACCEPTANCE OF SUCH RULES, CHANGES OR MODIFICATIONS.

5. **Fees & Payments**

5.1. Flava Works reserves the right at any time to charge fees or change the price for access to any of the Sites. In the event that Flava Works so elects, it shall post notice in the Members' Services section of the applicable Site. You agree to pay all fees and charges incurred through your account at the rates in effect for the billing period in which such fees and charges are incurred, including, but not limited to charges for any products or services offered for sale through the Sites by Flava Works or by any other vendor or service provider. All fees and charges shall be billed to and paid for by you. You will not receive access to any service until subscription fees have been received by Flava Works. Subscription fees are not refundable in whole or in part, even in the event your account is terminated by you or by Flava Works. In the event of termination, your paid subscription will remain active through the end of the subscription term. You are responsible for the payment of any and all applicable taxes relating to use of the Sites through your account. Your

right to use the Sites is subject to any limits established by Flava Works in its sole discretion.

5.2. You understand that your paid subscription will renew automatically at the end of your subscription period until you request a cancellation (See Section 10. Termination), and you hereby authorize Flava Works (or its service provider) to charge your chosen payment method to pay for the ongoing fees relating to your subscription.

5.3. In the event that Flava Works issues a refund, the refund will be credited solely to the payment method used in the original transaction. Flava Works will not issue refunds by cash, check or to another credit card or payment mechanism.

5.4. To complete your purchase you may be transferred to the secured server of CCBill or Netbilling and/or their providers ("Service Provider"), independent companies providing subscription payment processing and other billing services for website operators, such as the owner and operator of this Site. Neither Service Provider nor any person or company related to Service Provider holds any ownership interest in this Site, nor receives any financial benefit from this Site, other than a fee paid by the owner of this Site to Service Provider for the services performed by Service Provider. Service Provider HAS NO CONTROL OVER THE SITE, or any of the design, layout, content, subject matter, products, services or persons that appear in or on or that are linked to the Site, or the geographical areas into which it may disseminate, broadcast or permit the downloading of or access to the content or services offered by the Site. Accordingly, Service Provider makes absolutely no representations and/or warranties, and provides no assurances, regarding the Site, the Site owner, or the quality, availability, legality or description of the products and/or services offered thereon. SERVICE PROVIDER EXPRESSLY DISCLAIMS ANY WARRANTIES OF CLIENT'S ABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THIS SITE AND/OR THE PRODUCTS AND SERVICES OFFERED HEREON. Any disputes arising in connection with this Site, or the products and/or services being offered or purchased, are between you and the owner of this Site. In certain circumstances, Service Provider may provide subscription and billing customer service for the Site, in which case Service Provider may be handling such disputes. In all other cases, disputes related to the Products and Services should be directed to the contact information contained on the Site; however, you should feel free to contact Service Provider in the event that you feel that the Site operator acted fraudulently, or you were misled in any way. Service Provider urges you to carefully read the Terms and Conditions on the Site, and to ask the Site operator any questions you may have regarding the service/product before completing the subscription or other transaction, by using the contact information on this Site. By submitting your request for authorization of your transaction, you acknowledge having read, understood and agreed to the terms and conditions herein stated, AND agree to indemnify, defend, and hold Service Provider harmless from any and all liabilities, damages

(including attorneys fees and associated costs) and other costs and expenses arising in connection with your visit to or use of this Site, and/or your purchase or offer to purchase any of the products and services offered hereon.

6. **Representation and Warranties**

   6.1. You represent, warrant and covenant (a) that no materials of any kind submitted by you or through your account, or Flava Works' use thereof in accordance with the terms and conditions of this Agreement, will (i) violate, plagiarize or infringe upon the rights of any third party, including, without limitation, copyright, trademark, privacy or publicity, moral rights, contract or other personal or proprietary rights; (ii) contain unlawful material, or otherwise violate any applicable laws, rules or regulations; (iii) constitute false or misleading indications of origin or statements of fact; (iv) slander, libel or defame any person or entity; or (v) cause injury of any kind to any person or entity; and (b) that you are at least 18 years old or the applicable age of majority in your jurisdiction and possess the legal authority to enter into this Agreement.

   6.2. Flava Works makes no representation that the Content on the Sites is appropriate for access outside of the United States. Those who choose to access any of the Sites from outside of the United States do so on their own initiative and are responsible for compliance with local laws.

   6.3. Flava Works neither represents nor endorses the accuracy or reliability of any advice, opinion, statement or other information displayed, uploaded, or distributed through the Sites or the Service by any user, information provider or any other person or entity. THE SITES, THE SERVICE AND ANY MATERIALS PROVIDED BY FLAVA WORKS OR THIRD PARTIES THROUGH THE SAME ARE PROVIDED "AS IS." FLAVA WORKS MAKES NO, AND HEREBY DISCLAIMS ALL, WARRANTIES (EXPRESS, IMPLIED OR STATUTORY, INCLUDING ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE OR PURPOSE, TITLE, NON-INFRINGEMENT OR ANY OTHER WARRANTY), CONDITIONS, GUARANTIES, OR REPRESENTATIONS, WHETHER ORAL, IN WRITING OR IN ELECTRONIC FORM, INCLUDING BUT NOT LIMITED TO THE ACCURACY, TIMELINESS OR USEFULNESS OF ANY MATERIALS PROVIDED THROUGH ANY OF THE SITES OR THE SERVICE. FLAVA WORKS DOES NOT GUARANTEE THAT YOUR ACCESS TO OR USE OF ANY OF THE SITES OR THE CONTENT AVAILABLE THEREON WILL BE CONTINUOUS, UNINTERRUPTED, ERROR-FREE OR SECURE AND MAKES NO WARRANTY AS TO THE RESULTS TO BE OBTAINED FROM USE OF THE SERVICE. FLAVA WORKS MAY CHANGE ANY INFORMATION OR CONTENT FOUND ON ANY OF THE SITES AT ANY TIME WITHOUT NOTICE, BUT MAKES NO COMMITMENT TO UPDATE ANY INFORMATION OR CONTENT FOUND ON ANY OF THE SITES.

   6.4. You hereby acknowledge that the use of the Service, any Site and the Content available thereon is at your sole risk.

**7. Indemnification**

7.1. You hereby agree to indemnify, defend and hold Flava Works and its officers, directors, owners, agents, information providers, affiliates, licensors and licensees (collectively, the "Indemnified Parties") harmless from and against any and all causes of action, claims, liabilities and costs incurred by the Indemnified Parties in connection with any claim arising from of any breach by you of this Agreement or the foregoing representations, warranties and covenants, including, without limitation, reasonable attorneys' fees. You shall cooperate as fully as reasonably required in the defense of any claim. Flava Works reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you. You shall not enter into any settlement agreement that affects the rights of Flava Works without Flava Works' prior written approval.

**8. Limitation of Liability**

8.1. NEITHER FLAVA WORKS NOR ANY OTHER PARTY INVOLVED IN CREATING, PRODUCING OR DELIVERING THE SITES OR THE SERVICE SHALL BE RESPONSIBLE TO YOU OR ANY THIRD PARTY FOR: (a) ANY DIRECT OR INDIRECT, CONSEQUENTIAL, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGE OR LOSS INCURRED IN CONNECTION WITH USE OF, OR INABILITY TO USE, THE SERVICE, ANY OF THE SITES, OR THE CONTENT THEREON; (b) ANY OF THE MATERIALS PROVIDED BY FLAVA WORKS OR THIRD PARTIES THROUGH ANY OF THE SITES OR THE SERVICE; OR (c) ANY DAMAGE OR LOSS INTERRUPTIONS, DELETIONS OF FILES, ERRORS, DEFECTS, DELAYS IN PERFORMANCE OF THE SERVICE, REGARDLESS OF THE CLAIM AS TO THE NATURE OF THE CAUSE OF ACTION, EVEN IF FLAVA WORKS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE OR LOSS. Some jurisdictions may not allow the exclusion or limitation of incidental or consequential damages, so the above exclusions shall only apply to the extent permissible under applicable law.

8.2. TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, FLAVA WORKS' AGGREGATE LIABILITY, AND THE AGGREGATE LIABILITY OF OUR LICENSORS, TO YOU OR ANY THIRD PARTY IN ANY CIRCUMSTANCE IS LIMITED TO ONE HUNDRED U.S. DOLLARS (U.S. $100.00).

**9. System Integrity**

9.1. You may not use any device, software or routine to interfere or attempt to interfere with the proper working of any Site or any transaction conducted on a Site. You may not take any action, which imposes an unreasonable or disproportionately large load on our infrastructure. You may not disclose or share your password with any third party or use your password for any unauthorized purpose.

**10. Termination**

    10.1.   You may cancel your subscription in the Support section of this site. No fees will be refunded upon cancellation. You will retain access through the duration of your subscription term. You are responsible for all charges incurred up to the time the account is deactivated.

    10.2.   Flava Works may, in its sole discretion, terminate or suspend your access or refuse service at any time, without notice, to all or part of any of the Sites or Service for any or no reason, including, without limitation, any breach of this Agreement by you or associated with your account, any assignment of your account to a third party, or the repeated infringement of copyrights owned by Flava Works or third parties.

    10.3.   Flava Works, including, without limitation, its authorized agents and employees may terminate your use of any or all of the Sites and/or your account without notice in the event that you breach any obligation in this Agreement, including but not limited to, (a) restricting, inhibiting or disrupting the operation of any Site; or (b) attempting to alter or improperly access any feature or function of any of the Sites. Your access may also be subject to termination if you post or transmit any illegal content; harass or threaten any user of any Site or any Flava Works employee; post content (including, but not limited to, the creation of a username) that is offensive or otherwise disruptive of Site activities; post unsolicited advertising; or improperly impersonate a Flava Works employee or other individual.

**11. Miscellaneous**

    11.1.   This Agreement has been made in and shall be construed and enforced in accordance with either Illinois or Florida law without regard to any conflict of law provisions. You agree that any action to enforce this Agreement shall be brought in the federal or state courts located in Chicago, Illinois or Miami, Florida and you hereby consent to the personal jurisdiction and venue of the courts located in Cook County, Florida or Miami-Dade County, Florida.

    11.2.   Official correspondence must be sent via postal mail to:

                Flava Works, Inc.
                Attn: General Counsel
                2610 North Miami Ave.
                Miami, Florida 33127-4438

    11.3.   This Agreement, the Privacy Statement and any other terms referenced in this Agreement constitute the entire agreement between you and Flava Works with respect to your access to and use of the Sites and Service and supersede all prior or contemporaneous agreements (whether oral, written or electronic) between you and Flava Works with respect to the Sites and/or Service. If any of the provisions of this Agreement are determined to be invalid or unenforceable, then each invalid or unenforceable provision will be construed in a manner consistent with applicable laws to reflect, as nearly as possible, the original intentions of the parties and the remaining provisions shall remain in full force and effect.

11.4. Flava works may assign this Agreement: (a) to any of its affiliates, (b) to the surviving entity in the event of a merger, acquisition, or the sale of all or substantially all of the assets of Flava Works or (c) in connection with the sale of any of the Sites or the business unit associated with such Site(s).

E. Acceptance
You hereby acknowledge that you have read and understand the foregoing Agreement and agree to be bound by its terms and conditions.

## FLAVA WORKS PRIVACY POLICY

Effective as of June 2, 2010 (the "Effective Date")

This Privacy Policy (the "Policy") applies to Flava Works, Inc. and FlavaWorks.com (collectively, referred to herein as "Flava Works," "we" or "us") family of websites (the "Sites"). These include thugboy.com; cocodorm.com; and any other websites at which this Policy appears. It does NOT apply to other online or offline Flava Works websites, products or services.

This Policy explains what information we collect about you and what we do with it. We reserve the right to modify this Policy at any time, and we will notify you of any material changes to the Policy by posting the new Policy here and changing the "Effective Date" at the top. We may also use alternative methods to alert you to changes to the Policy. We encourage you to check this page periodically for any changes. By using or navigating any of the Sites or any portion of the Sites, you acknowledge that you have read, understand and agree to be bound by this Policy or any modified Policy as posted. If you do not agree to these terms, please do not use or visit any of the Sites or any portion of the Sites.

### What information do we collect?

We collect personal information that you provide to us such as your name, e-mail address, street address and telephone number. We also collect your credit card number, credit card expiration date and banking information from you. We generally collect this personal information on our registration and order forms when you sign up to receive products or services from one of the Sites. When you participate in special events such as contests and polls, you may be asked to provide your name, e-mail, username and password, telephone number and birth date. We may also collect information from our online surveys if you choose to participate, such as age, gender and income level.

When you visit any of our Sites, we collect certain anonymous demographic information about you, including your IP address and browser program. We also collect information regarding your use of the Sites through the use of cookies (see below for more about cookies). In addition, for those that download videos from the site, a unique combination of IP address as well as user ID is attached to that download, which will be attached to that product if redistributed, reproduced, and/or shared with third parties.

If you choose to post messages, comments or other information in one of the public forums on any of our Sites, we will maintain on the Sites such information about you as you choose to disclose in your posting.

If you send us personal correspondence, such as emails or letters, we may collect such information into a file specific to you. We will maintain a record or notes of communications with you regarding your account.

### How do we use your information?

We use your information in order to process your credit card payments, to fulfill your orders and/or requests, to facilitate your viewing of our Sites, to communicate with you, and to provide

you with information about Flava Works, some of our partners and third party companies in which we think you may be interested.

Flava Works uses your e-mail address to contact you when necessary and to send periodic e-mail newsletters and promotional e-mails to you about services and products offered by us as well as by third party companies in which we think you may be interested.

We use IP addresses and anonymous demographic information to tailor your experiences at our Sites by showing content in which we think you will be interested and displaying content according to your preferences. Anonymous demographic information is shared with advertisers and market researchers on an aggregate basis.

We use information collected to evaluate and improve our services. We may develop and use, in our sole discretion, consumer research, which may be based on your use of our services.

We also provide a unique form of identification, which may consist of the users IP address, user ID or other uniquely identifiable member information, for each download made by members. The unique identification is used to enforce Flava Works Copyright and Trademark rights if a download is distributed without first obtaining permission from Flava Works.

Personal information collected on and/or through the Sites is stored and processed in the United States and by using any of the Sites, you consent to any such transfer of information outside of your country to the United States.

**Do we share the information we collect with third parties?**

In some cases, we will share information we collect (including personal information and/or anonymous demographic information) with third party companies who may offer products or services in which we believe you may be interested. We also share this information with third parties with whom we partner to co-promote and administer sweepstakes and contests on our Sites.

We may also share information we collect with third party service providers to manage certain aspects of the services we provide, such as maintaining our servers and processing or fulfilling orders for products and services you purchase through the Sites.

We may also disclose your information in special cases if required to do so by law, court order or governmental authority or when we believe in good faith that disclosing this information is otherwise necessary or advisable, including, for instance, to identify, contact, or bring legal action against someone who may be causing injury to or interfering with the rights or property of Flava Works, another user or anyone else that could be harmed by such activities.

In the event of a change in ownership or a merger with, acquisition by, or sale of assets to, another entity, we reserve the right to transfer all user information collected in connection with the Sites, including but not limited to email addresses, to a separate entity. Flava Works will

notify you (via a posting on the Sites or the Policy or via email (in our discretion)) of such a transfer, and you may choose to modify your registration information at that time. This means that if you are concerned about your personal data migrating to a new owner, you can deactivate your account.

**Is the information submitted in public forums confidential?**

No. The Sites may offer chat rooms, forums, message boards and/or news groups to our users. Please remember that any information disclosed in these areas becomes public information. Accordingly, you should exercise caution when deciding to disclose your personal information in any public forum, and you do so at your own risk.

**Do we use cookies?**

Yes. Cookies are pieces of information generated by web servers and stored on your computer for future access. The Sites use cookie technology to enhance your online experience by making it easier for you to navigate through our Sites or to make a feature work better. Generally, cookies can be disabled at your discretion. However enabling cookies for FW Sites is absolutely essential and Sites will not work without cookies.

**Do we use web beacons?**

Yes. Some of our Sites may contain electronic images known as "web beacons" or single-pixel GIFs that allow us to count visitors to our Sites and deliver co-branded services. Web beacons collect limited, non-personal information including cookie number, time and date of a page view and a description of the page on which the web beacon resides.

**How secure is your information?**

Flava Works takes reasonable precautions to maintain the security of any information obtained from and about you and to protect against the loss, misuse and alteration of information under our control. Our third party payment processors provide you with a secure web page through which to submit your billing information when you join the membership portion of any of our Sites, and we are not responsible for their handling or use of your information. The personally identifiable information held by Flava Works is stored in a secure location with limited administrative access.

In addition, your subscriber account is secured by a password created by you. Do not share your password with anyone. It is your responsibility to keep your password confidential, and Flava Works cannot be held liable for any loss or misuse of your password.

**Does this Policy apply to any linked websites other than the Sites?**

No. The Sites may contain links to other Internet sites, resources and sources of Flava Works. By clicking on any banner advertisement or other link, you will be redirected off the Sites and to third party websites. Flava Works is not responsible for the privacy policies or

content of such websites. You should make sure that you read and understand the privacy policies of these sites and direct any concerns regarding external links to the site administrator or Webmaster of that third party website.

**How do you unsubscribe from emails sent by Flava Works?**

All e-mails you receive from us will include specific instructions on how to unsubscribe, and you may unsubscribe at any time. Additionally, we give you the following options for removing your information from our database:

(1) Send an email to info@flavaemail.com (please indicate that you would like to be unsubscribed from Flava Works emails);

(2) Select the opt-out link at the bottom of any Flava Works email and follow the instructions provided;

(3) Send a letter to the following address:

> Flava Works, Inc.
> 2610 North Miami Ave.
> Miami, Florida 33127-4438

Please note, however, you cannot opt out of receiving emails from us regarding your account and/or the status of an order.

**How do you update/correct your information?**

To correct or update the personal information you have provided to Flava Works you must unsubscribe and then apply for a new membership.

Please note, however, that even if you update or remove your personal information from our live database, your data may be retained in our backup files and archives.

**Got more questions? We can help!**

Flava Works recognizes the importance of protecting your privacy. If you have any questions about this Privacy Policy, the practices of our Sites or your dealings with Flava Works, please contact us at support@flavaworks.com or by mail at 2610 North Miami Ave., Miami, Florida 33127-4438.

Please note that persons under the age of 18 are prohibited from viewing our Sites, and Flava Works does not knowingly collect any personal information from persons under the age of 18.