**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division**

Flava Works, Inc
       Plaintiff,

v.             Case No.: 1:12−cv−05084
             Honorable George W. Lindberg

Anwar Ogiste
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 22, 2012:

  MINUTE entry before Honorable George W. Lindberg: Motion hearing regarding plaintiff's motion for default judgment [6] set for 9/12/2012 at 10:00 a.m. is reset to 9/19/2012 at 10:00 a.m. No court appearance is required on 9/12/2012. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.