UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Flava Works, Inc., )
)
      Plaintiff, ) Case No. 1:12-cv-05084
)
)
v. )
)
Anwar Ogiste, )
)
Defendant. )

## ORDER

This cause coming before the Court on Plaintiff, Flava Works, Inc.'s Motion to Default, due notice being given, the Court being fully advised in the premises;

It is hereby ordered that:

1. A judgment is entered in its favor of Plaintiff, Flava Works, Inc. and against the Defendant, Anwar Ogiste, in the amount of at least 1,500,000.00 plus costs

2. A permanent injunction is entered restraining and enjoining Defendant, Anwar Ogiste, from copying, distributing, reproducing, making available for download or embedding any material that infringes Flava Works' Intellectual Property.

3. Plaintiff is given leave to file a fee petition for attorney's fees and costs.

DATE: NOV 29 2012
11-29-2012

ENTERED:

_George Lindberg_
JUDGE